**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Beth M. Carroll                                                      CHAPTER 13

Eric M. Carroll

                       Debtor(s)                                  BKY. NO. 18-24897 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ **Brian C. Nicholas**

                                           Brian Nicholas
                                           07 Jan 2022, 08:18:28, EST

                                         Brian C. Nicholas, Esq. (317240) ☑
                                         Maria D. Miksich, Esq. (319383) ☐
                                         Denise Carlon, Esq. (317226)     ☐
                                         Rebecca A. Solarz, Esq. (315936) ☐
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         412-430-3594
                                         bkgroup@kmllawgroup.com