FILED
3/6/23 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24897 GLT |
| | ) | |
| Eric M. Carroll | ) | |
| Beth M. Carroll | ) | Chapter 13 |
|     Debtor(s). | ) | |
| Eric M. Carroll | ) | |
| Beth M. Carroll | ) | Related to Docket No. 75 |
|     Movant(s), | ) | |
| | ) | |
| No Respondent | ) | |
|     Respondent(s) | ) | |

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, Eric M. and Beth M. Carroll hereby substitute Scott R. Lowden, Esq., 100 Heathmore Avenue, Pittsburgh PA 15227, State Bar No. PA I.D. 72116 as counsel of record in place of Scott R. Lowden, Esq., Nicotero & Lowden, P.C., 3948 Monroeville Blvd., Suite 2, Monroeville, PA 15146.

Contact information for new counsel is as follows:

    Firm Name: Scott R. Lowden, Esq.

    Address: 100 Heathmore Avenue, Pittsburgh, PA 15227

    Telephone: (412) 292-4254

    E-Mail:  lowdenscott@gmail.com

I consent to the above substitution and hereby assign all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and direct the Trustee to remit such fees to Scott R. Lowden, Esq., and to terminate the distribution of fees to Nicotero & Lowden, PC.  The terms of the new representation shall be identical to

1

the terms of the original retainer agreement with Nicotero & Lowden, PC., assigning all rights and obligations from Nicotero & Lowden, PC to Scott R. Lowden, Esq.

/s/ Eric M. Carroll
Eric M. Carroll, Jr., Debtor

/s/ Beth M. Carroll
Beth M. Carroll, Joint Debtor

The law firm of Nicotero & Lowden, PC consents to being substituted and hereby assign all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and direct the Trustee to remit such fees to Scott R. Lowden, Esq., and to terminate the distribution of fees to Nicotero & Lowden, PC. The terms of the new representation shall be identical to the terms of the original retainer agreement with Nicotero & Lowden, PC., assigning all rights and obligations from Nicotero & Lowden, PC to Scott R. Lowden, Esq.

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146
PA ID 72116

/s/ Joseph F. Nicotero
Joseph Nicotero, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146
PA ID

Scott R. Lowden, Esq., consents to the above substitution and agrees that all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and direct the Trustee to remit such fees to Scott R. Lowden, Esq., and to terminate the distribution of fees to Nicotero & Lowden, PC. The terms of the new representation shall be identical to the terms of the original retainer agreement with Nicotero & Lowden, PC., assigning all rights and obligations from Nicotero & Lowden, PC to Scott R. Lowden, Esq.

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254
PA ID 72116

The Trustee consents to the above substitution and agrees to assign all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and to remit such fees to Scott R. Lowden, Esq., at 100 Heathmore Avenue, Pittsburgh, PA 15227, and to terminate the distribution of fees to Nicotero & Lowden, PC.

s/ Ronda Winnecour
Ronda Winnecour, Esq.
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

The substitution of attorney is hereby approved and so Ordered, this _6th_, day of _March, 2023.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

3

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24897-GLT |
| Eric M. Carroll | Chapter 13 |
| Beth M. Carroll | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 06, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric M. Carroll, Beth M. Carroll, 1785 Brinkerton Road, Greensburg, PA 15601-6290 |
| | + | Scott Lowden, Esq., 100 Heathmore Ave, Pittsburgh, PA 15227-3226 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor WEI Mortgage  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 06, 2023 | Form ID: pdf900 | Total Noticed: 2

Scott R. Lowden
                              on behalf of Joint Debtor Beth M. Carroll niclowlgl@comcast.net

Scott R. Lowden
                              on behalf of Debtor Eric M. Carroll niclowlgl@comcast.net

TOTAL: 7