# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ERIC M. CARROLL
BETH M. CARROLL

         Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

         Movant
   vs.

NATIONSTAR MORTGAGE LLC D/B/A MR COOPER(*)

         Respondents

Case No. 18-24897GLT

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to RUSHMORE LOAN SERVICING. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

NATIONSTAR MORTGAGE LLC D/B/A MR COOPER(*)
PO BOX 619094
DALLAS, TX 75261-9741

Court claim# 7/Trustee CID# 5

The Movant further certifies that on 04/20/2023, copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ERIC M. CARROLL, BETH M. CARROLL, 1785 BRINKERTON ROAD, GREENSBURG, PA  15601 | ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| ORIGINAL CREDITOR:<br>NATIONSTAR MORTGAGE LLC D/B/A MR COOPER(*), PO BOX 619094, DALLAS, TX  75261-9741 | :<br>JPMORGAN MORTGAGE ACQUISITION CORP, C/O RUSHMORE LOAN MANAGEMENT SVCS, PO BOX 52708, IRVINE, CA  92619-2708 |
| DEBTOR'S COUNSEL:<br>SCOTT R LOWDEN ESQ**, 100 HEATHMORE AVE, PITTSBURGH, PA  1522'<br><br>NEW CREDITOR:<br>RUSHMORE LOAN SERVICING | |