UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/30/23 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  ERIC M. CARROLL
BETH M. CARROLL
        Debtor(s)
  Ronda J. Winnecour, Trustee
        Movant
      vs.
  ERIC M. CARROLL
BETH M. CARROLL

        Respondents

Case No.18-24897GLT

Chapter 13

Related to Docket No. 79

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  30th Day of May, 2023  , it is hereby ORDERED, ADJUDGED, and DECREED that,

Latrobe Specialty Metals
Attn: Payroll Manager
2626 Ligonier St
Po Box 31
Latrobe,PA 15650

is hereby ordered to immediately terminate the attachment of the wages of ERIC M. CARROLL, social security number XXX-XX-1724.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ERIC M. CARROLL.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24897-GLT |
| Eric M. Carroll | Chapter 13 |
| Beth M. Carroll | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric M. Carroll, Beth M. Carroll, 1785 Brinkerton Road, Greensburg, PA 15601-6290 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor WEI Mortgage LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Beth M. Carroll lowdenscott@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Scott R. Lowden
                               on behalf of Debtor Eric M. Carroll lowdenscott@gmail.com

TOTAL: 7