Certificate Number: 20611-PAW-DE-037520961

Bankruptcy Case Number: 18-24897



20611-PAW-DE-037520961

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2023, at 4:24 o'clock PM EDT, Beth M Carroll completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 18, 2023            By:   /s/Kathleen B Mills

                                 Name: Kathleen B Mills

                                 Title: TEN Financial Educator