Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Eric M. Carroll** | : | Case No. 18−24897−GLT |
| **Beth M. Carroll** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 100 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/29/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 26th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 100 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before November 10, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *November 29, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Eric M. Carroll  
Beth M. Carroll  
    Debtors

Case No. 18-24897-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Sep 26, 2023      Form ID: 604      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric M. Carroll, Beth M. Carroll, 1785 Brinkerton Road, Greensburg, PA 15601-6290 |
| 14969530 | | Bernstein-Burkley, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14969534 | + | David J. Apothaker, Esq., Apothaker Scian, P.C., 520 Fellowship Rd., Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14969536 | | Dollar Bank, F.S.B., 3 Gateway Center West, Pittsburgh, PA 15222 |
| 15611643 | | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 |
| 14969540 | + | Pediatric Associates of Westmoreland, 555 West Newton, Greensburg, PA 15601-2861 |
| 14969545 | + | WEI Mortgage, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15005966 | + | WEI Mortgage, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14969547 | + | WSM-PC, 426 Pellis Road, Greensburg, PA 15601-4574 |
| 14969546 | + | Westmoreland Sleep Medicine, 426 Pellis Road, Greensburg, PA 15601-4574 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14969531 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 06:06:45 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14989410 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2023 05:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14969532 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2023 05:53:00 | Cavalry SPV I, LLC as Assignee of, Citbank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14969533 | + | Email/Text: ccusa@ccuhome.com | Sep 27 2023 05:51:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14969535 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 05:51:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 14972701 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 05:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14969537 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 27 2023 05:55:43 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 14993714 | | Email/Text: teller2@lescofcu.com | Sep 27 2023 05:51:00 | Lesco Federal Credit Union, 2613 Ligonier St., Latrobe, PA 15650 |
| 14969542 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 27 2023 05:51:00 | State Farm Bank, FSB, PO Box 2313, Bloomington, IL 61702 |
| 14969538 | + | Email/Text: Documentfiling@lciinc.com | Sep 27 2023 05:51:00 | Lending Club Corp., 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14969539 | | Email/Text: teller2@lescofcu.com | Sep 27 2023 05:51:00 | Lesco Federal Credit Union, 6 Avenue D, Latrobe, PA 15650 |
| 15417675 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2023 05:52:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, Texas 75261-9741 |

Case 18-24897-GLT  Doc 102  Filed 09/28/23  Entered 09/29/23 00:29:23  Desc
Imaged Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 604 | Total Noticed: 30 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14969541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 05:56:15 | Portfolio Recovery Assoc., 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14995700 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:06:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969742 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2023 05:55:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14969543 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:37 | SYNCB/Home Dsn Outdoor Liv, PO Box 965036, Orlando, FL 32896-5036 |
| 14998466 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 06:06:37 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15612748 | + | Email/Text: flyersprod.inbound@axisai.com | Sep 27 2023 05:52:00 | UMB Bank, National Association, et. al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14996090 | | Email/Text: BNCnotices@dcmservices.com | Sep 27 2023 05:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14969544 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2023 05:51:00 | Verizon, PO Box 5029, Wallingford, CT 06492-7529 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | J.P. Morgan Mortgage Acquisition Corp. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | WEI Mortgage, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Marisa Myers Cohen | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 604 | Total Noticed: 30 |

|  |  |
|---|---|
|  | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor WEI Mortgage  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. ckohn@hoflawgroup.com |
| Scott R. Lowden | on behalf of Debtor Eric M. Carroll lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Joint Debtor Beth M. Carroll lowdenscott@gmail.com |

TOTAL: 9