**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eric M. Carroll <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1724 <br> EIN  \_\_–_____ |
| Debtor 2 <br> (Spouse, if filing) | Beth M. Carroll <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9150 <br> EIN  \_\_–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–24897–GLT

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric M. Carroll                              Beth M. Carroll

11/13/23                                     **By the court:** Gregory L Taddonio
                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24897-GLT |
| Eric M. Carroll | Chapter 13 |
| Beth M. Carroll | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric M. Carroll, Beth M. Carroll, 1785 Brinkerton Road, Greensburg, PA 15601-6290 |
| 14969530 | | Bernstein-Burkley, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14969534 | + | David J. Apothaker, Esq., Apothaker Scian, P.C., 520 Fellowship Rd., Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14969536 | | Dollar Bank, F.S.B., 3 Gateway Center West, Pittsburgh, PA 15222 |
| 15611643 | | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 |
| 14969540 | + | Pediatric Associates of Westmoreland, 555 West Newton, Greensburg, PA 15601-2861 |
| 14969545 | + | WEI Mortgage, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15005966 | + | WEI Mortgage, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14969547 | + | WSM-PC, 426 Pellis Road, Greensburg, PA 15601-4574 |
| 14969546 | + | Westmoreland Sleep Medicine, 426 Pellis Road, Greensburg, PA 15601-4574 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 14 2023 08:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 14 2023 08:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14969531 | + | EDI: CAPITALONE.COM | Nov 14 2023 08:42:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14989410 | + | Email/Text: bankruptcy@cavps.com | Nov 14 2023 03:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14969532 | + | Email/Text: bankruptcy@cavps.com | Nov 14 2023 03:54:00 | Cavalry SPV I, LLC as Assignee of, Citbank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14969533 | + | EDI: CCUSA.COM | Nov 14 2023 08:42:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14969535 | | EDI: DISCOVER.COM | Nov 14 2023 08:42:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 14972701 | | EDI: DISCOVER.COM | Nov 14 2023 08:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14969537 | + | EDI: AMINFOFP.COM | | |

Case 18-24897-GLT   Doc 110   Filed 11/15/23   Entered 11/16/23 00:36:25   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 14 2023 08:42:00 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 15645445 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 14 2023 03:53:00 | J.P. Morgan Mortgage Acquisition Corp., C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 14993714 | | Email/Text: teller2@lescofcu.com | Nov 14 2023 03:53:00 | Lesco Federal Credit Union, 2613 Ligonier St., Latrobe, PA 15650 |
| 14969542 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Nov 14 2023 03:53:00 | State Farm Bank, FSB, PO Box 2313, Bloomington, IL 61702 |
| 14969538 | + | EDI: LENDNGCLUB | Nov 14 2023 08:42:00 | Lending Club Corp., 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14969539 | | Email/Text: teller2@lescofcu.com | Nov 14 2023 03:53:00 | Lesco Federal Credit Union, 6 Avenue D, Latrobe, PA 15650 |
| 15417675 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 14 2023 03:53:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, Texas 75261-9741 |
| 14969541 | | EDI: PRA.COM | Nov 14 2023 08:42:00 | Portfolio Recovery Assoc., 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14995700 | | EDI: PRA.COM | Nov 14 2023 08:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969742 | + | EDI: RECOVERYCORP.COM | Nov 14 2023 08:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14969543 | + | EDI: RMSC.COM | Nov 14 2023 08:42:00 | SYNCB/Home Dsn Outdoor Liv, PO Box 965036, Orlando, FL 32896-5036 |
| 14998466 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 04:42:20 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15612748 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 14 2023 03:53:00 | UMB Bank, National Association, et. al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14996090 | | Email/Text: BNCnotices@dcmservices.com | Nov 14 2023 03:53:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14969544 | + | EDI: VERIZONCOMB.COM | Nov 14 2023 08:42:00 | Verizon, PO Box 5029, Wallingford, CT 06492-7529 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | J.P. Morgan Mortgage Acquisition Corp. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | WEI Mortgage, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 18-24897-GLT    Doc 110    Filed 11/15/23    Entered 11/16/23 00:36:25    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 33 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2023                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor WEI Mortgage  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. ckohn@hoflawgroup.com |
| Scott R. Lowden | on behalf of Debtor Eric M. Carroll lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Joint Debtor Beth M. Carroll lowdenscott@gmail.com |

TOTAL: 9