IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/13/23 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ERIC M. CARROLL
BETH M. CARROLL
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24897

Chapter 13

Related to Docket No. 100

ORDER OF COURT

AND NOW, this ___13th Day of November, 2023___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24897-GLT |
| Eric M. Carroll | Chapter 13 |
| Beth M. Carroll | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric M. Carroll, Beth M. Carroll, 1785 Brinkerton Road, Greensburg, PA 15601-6290 |
| 14969530 | | Bernstein-Burkley, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14969534 | + | David J. Apothaker, Esq., Apothaker Scian, P.C., 520 Fellowship Rd., Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14969536 | | Dollar Bank, F.S.B., 3 Gateway Center West, Pittsburgh, PA 15222 |
| 15611643 | | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 |
| 14969540 | + | Pediatric Associates of Westmoreland, 555 West Newton, Greensburg, PA 15601-2861 |
| 14969545 | + | WEI Mortgage, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15005966 | + | WEI Mortgage, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14969547 | + | WSM-PC, 426 Pellis Road, Greensburg, PA 15601-4574 |
| 14969546 | + | Westmoreland Sleep Medicine, 426 Pellis Road, Greensburg, PA 15601-4574 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14969531 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 04:08:58 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14989410 | + | Email/Text: bankruptcy@cavps.com | Nov 14 2023 03:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14969532 | + | Email/Text: bankruptcy@cavps.com | Nov 14 2023 03:54:00 | Cavalry SPV I, LLC as Assignee of, Citbank, N.A., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14969533 | + | Email/Text: ccusa@ccuhome.com | Nov 14 2023 03:53:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14969535 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 03:53:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 14972701 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 03:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14969537 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 14 2023 04:31:53 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 15645445 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 14 2023 03:53:00 | J.P. Morgan Mortgage Acquisition Corp., C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 14993714 | | Email/Text: teller2@lescofcu.com | Nov 14 2023 03:53:00 | Lesco Federal Credit Union, 2613 Ligonier St., Latrobe, PA 15650 |
| 14969542 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Nov 14 2023 03:53:00 | State Farm Bank, FSB, PO Box 2313, Bloomington, IL 61702 |
| 14969538 | + | Email/Text: Documentfiling@lciinc.com | Nov 14 2023 03:53:00 | Lending Club Corp., 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14969539 | | Email/Text: teller2@lescofcu.com | Nov 14 2023 03:53:00 | Lesco Federal Credit Union, 6 Avenue D, Latrobe, PA 15650 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 15417675 | | Email/Text: nsm_bk_notices@mrcooper.com<br>Nov 14 2023 03:53:00 | | Nationstar Mortgage LLC, PO BOX 619096, Dallas, Texas 75261-9741 |
| 14969541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 14 2023 04:08:58 | | Portfolio Recovery Assoc., 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14995700 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 14 2023 04:31:49 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969742 | + | Email/PDF: rmscedi@recoverycorp.com<br>Nov 14 2023 04:20:15 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14969543 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Nov 14 2023 04:08:58 | | SYNCB/Home Dsn Outdoor Liv, PO Box 965036, Orlando, FL 32896-5036 |
| 14998466 | | Email/PDF: bncnotices@becket-lee.com<br>Nov 14 2023 04:09:06 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15612748 | + | Email/Text: nsm_bk_notices@mrcooper.com<br>Nov 14 2023 03:53:00 | | UMB Bank, National Association, et. al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14996090 | | Email/Text: BNCnotices@dcmservices.com<br>Nov 14 2023 03:53:00 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14969544 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Nov 14 2023 03:53:00 | | Verizon, PO Box 5029, Wallingford, CT 06492-7529 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | J.P. Morgan Mortgage Acquisition Corp. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | WEI Mortgage, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2023            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bnicholas@kmllawgroup.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 31 |

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Marisa Myers Cohen
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com  mcohen@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor WEI Mortgage  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. ckohn@hoflawgroup.com

Scott R. Lowden
    on behalf of Debtor Eric M. Carroll lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Beth M. Carroll lowdenscott@gmail.com

TOTAL: 9