# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Beth M. Carroll<br>Eric M. Carroll<br><br>     Debtor(s) | **BK NO. 18-24897 GLT**<br><br>**Chapter 13** |
| Nationstar Mortgage LLC d/b/a Mr.<br>Cooper<br>     Movant<br>  vs. | **Related to Claim No. 7-1** |
| Beth M. Carroll<br>Eric M. Carroll<br><br>     Debtor(s) | |
| Ronda J. Winnecour,<br><br>     Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Beth M. Carroll
1785 Brinkerton Road
Greensburg, PA 15601

Eric M. Carroll
1785 Brinkerton Road
Greensburg, PA 15601

Attorney for Debtor(s)
Scott R. Lowden, Esq.
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: June 9, 2022

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com